IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Edmond Jerome Wright, and Haywood Wright, Personal Representatives and Beneficiaries of Kathy W. Wright, the Deceased, and the Estate of Kathy W. Wright, | ) ) ) ) ) ) | C.A. No.: 6:05-899-HMH |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **OPINION AND ORDER** |
| Perry Ellis International, Inc., Jantzen, Inc., now d/b/a Perry Ellis International, Inc., Guardian Life Insurance Company of America, and Unum Life Insurance Company of America, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the Plaintiffs amending their complaint. In amending their complaint, the Plaintiffs have determined that they do not wish to pursue their claims against Defendants Unum Life Insurance Company of America and Guardian Life Insurance Company of America. Accordingly, the Defendants Unum Life Insurance Company of America and Guardian Life Insurance Company of America are hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41. The matter *sub judice* shall continue against the Defendants Perry Ellis International, Inc., Jantzen, Inc., now d/b/a Perry Ellis International, Inc. and any new Defendant named in Plaintiffs' amended complaint.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the Defendants Unum Life Insurance Company of America and Guardian Life Insurance Company of America are hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41. The case shall continue against the remaining Defendants.

**AND IT IS SO ORDERED.**

                                                  s/ Henry M. Herlong, Jr.
                                                  United States District Court Judge

Date: May 20, 2005